DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVY WORAHOZIMO, SR.,**
Appellant,

v.

**ALTIS BOCA RATON, LLC** d/b/a **10X LIVING AT BOCA RATON,**
Appellee.

No. 4D2023-2455

[July 18, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 50-2023-CC-010408-XXXX-SB.

Stevy Worahozimo, Sr., Boca Raton, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***